UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY A. BALDERAS,

      Plaintiff,

  v.

WAYNE COUNTY, *et al.,*

      Defendants.
_____/

Case No. 23-11427

Hon. George Caram Steeh

ORDER ADOPTING REPORT AND RECOMMENDATION
AND DENYING DEFENDANTS' MOTION TO DISMISS

On September 6, 2023, Magistrate Judge Elizabeth A. Stafford issued a report and recommendation proposing that the court deny Defendants' motion to dismiss. No timely objections have been filed.

With respect to reports and recommendations from magistrate judges, this court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." *Id*.

- 1 -

Upon review of the report and recommendation, and having received no objection, the court agrees with Magistrate Judge Stafford's analysis and conclusions.

Therefore, IT IS HEREBY ORDERED that Magistrate Judge Stafford's report and recommendation (ECF No. 10) is ACCEPTED and ADOPTED as the order of the court.

IT IS FURTHER ORDERED that Defendants' motion to dismiss (ECF No. 2) is DENIED.

Dated: October 3, 2023

        s/George Caram Steeh
        HON. GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 3, 2023, by electronic and/or ordinary mail.

s/Michael Lang
Deputy Clerk