UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARY A. BALDERAS,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF WAYNE, et al.,<br><br>    Defendants. | Case No. 23-cv-11427<br><br>Honorable Robert J. White<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER (1) ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (2) DISMISSING THE CASE, AND (3) DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS MOOT**

Before the Court is Magistrate Judge Elizabeth A. Stafford's June 11, 2025 report and recommendation. (ECF No. 50). The report recommended that the Court dismiss this case under Fed. R. Civ. P. 41(a)(2). None of the parties objected to the report and recommendation pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review the matter and believes that the magistrate judge reached the correct conclusions for the appropriate reasons. And with the case dismissed, the Court denies Defendants' motion for summary judgment (ECF No. 44) as moot. Accordingly,

IT IS ORDERED that the magistrate judge's June 11, 2025 report and recommendation (ECF No. 50) is hereby ACCEPTED AND ADOPTED.

IT IS FURTHER ORDERED that this case is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Defendants' motion for summary judgment (ECF No. 44) is DENIED as moot.

Dated: July 18, 2025

s/Robert J. White
Robert J. White
United States District Judge